IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00069-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIOUDMILA PLATTEIS,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed Motion to Return Passports to Defendant [DE 36]. For good cause shown, the motion is GRANTED. The United States Probation Office in Raleigh, North Carolina shall release Defendant's United States Passport and European Union Passport to defense counsel, Emily Gladden, so that she may return them to Defendant.

SO ORDERED this 12th day of December, 2024.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE